```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JAMES PEREIRA, on behalf of himself,            :
:
Plaintiff,:
:                  1:20-cv-01037-GHW
-against-                            :
:                  ORDER
:
KGN ENTERPRISES INC., doing business as  :
Bawarchi Indian Cuisine and AZIZ A. KHAN,  :
:
Defendants.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court observes that neither Defendant has appeared in this case.  Plaintiff is directed to submit a status letter no later than September 11, 2020 with his proposal for how he intends to litigate the case going forward.  So long as the case remains pending, the Court expects Plaintiff to prosecute it.  Failure to prosecute may result in dismissal.

SO ORDERED.

Dated:  September 4, 2020

_____
GREGORY H. WOODS
United States District Judge