```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
  JAMES PEREIRA,                                              :
                                      Plaintiff,              :
                                                              :           1:20-cv-1037-GHW
                     -v -                                     :
                                                              :           ORDER
  KGN ENTERPRISES, INC., d/b/a/ BAWARCHI                      :
  INDIAN CUISINE & AZIZ A. KHAN,                              :
                                      Defendants.             :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The parties have informed the Court that they agree to conduct all further proceedings before the assigned Magistrate Judge. The parties' November 9, 2020 request for an extension to file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, Dkt No. 12, is GRANTED. The deadline for the parties to file a fully executed form is extended to November 17, 2020.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 12.

SO ORDERED.

Dated: November 9, 2020
New York, New York

                                                  _____
                                                        GREGORY H. WOODS
                                                       United States District Judge