```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES PEREIRA,

                                    Plaintiff,                    20-cv-01037 (KHP)

                -against-                                              ORDER

KGN ENTERPRISES INC. and AZIZ A. KHAN,

                                    Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

Per ECF Nos. 10 and 11 in the above-referenced case, the parties appear to have reached a settlement. However, no settlement has been filed on the docket and the parties have not filed a letter with respect to the fairness of the settlement terms. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). **Accordingly, the parties shall file a motion for settlement approval by no later than March 16, 2021**.

SO ORDERED.

DATED:   New York, New York
         March 2, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge